# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

**LUIS SILVA**  CASE NO.: 2:19-cv-321

    Plaintiff,

vs.

**CONN APPLIANCES, INC.**

    Defendant.

_____/

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AS TO CONN APPLIANCES, INC.

Plaintiff, Luis Silva, and Defendant, Conn Appliances, Inc., hereby file this Stipulated Notice of Dismissal with Prejudice as to Conn Appliances, Inc., and in support thereof, respectfully states as follows:

There are no longer any issues in this matter between Luis Silva and Conn Appliances, Inc. to be determined by this Court. All claims and causes of action that were or could have been asserted by Luis Silva against Conn Appliances, Inc., are hereby dismissed, with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

| | |
|---|---|
| **MUNSCH HARDT KOPF & HARR, P.C.** | **KASS SHULER, P.A.** |
| 700 Milam Street, Suite 2700 | 1505 N. Florida Ave. |
| Houston, Texas 77002 | Tampa, Florida 33602 |
| Telephone: (713) 222-4068 | Telephone: (813) 405-2790 |
| | Facsimile: (813) 229-3323 |
| Email: mharvey@munsch.com | Email: mschwartz@kasslaw.com |
| | |
| By: /s/ Michael A. Harvey | By: /s/ Matthew L. Schwartz |
|    Michael A. Harvey |    Matthew L. Schwartz |
|    Texas Bar No.: 24058352 |    Florida Bar No.: 15713 |
|    *Attorney for Defendant* |    *Pro Hac Vice Counsel for Plaintiff* |

        **ZABEL FREEMAN**
        Zabel Freeman
        1135 Heights Blvd
        Houston, TX 77008
        Telephone: (713) 802-9117
        Email: rfass@zflawfirm.com

By: /s/ Richard T. Fass
     Richard T. Fass
     Texas Bar No. 6849400
     *Local Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that I have furnished a copy of the foregoing Stipulated Notice of Dismissal to counsel for Defendant, Michael A. Harvey, Munsch Hardt Kopf & Harr, P.C., 700 Milam Street, Suite 2700, Houston, Texas 77002 via electronic service to mharvey@munsch.com; eingle@munsch.com; cjordan@munsch.com, on this 4 day of September, 2020.

        /s/ Matthew L. Schwartz
        Matthew L. Schwartz
        Florida Bar No.: 15713