United States District Court
Southern District of Texas
**ENTERED**
September 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LUIS SILVA, § § § Plaintiff, § VS. § CIVIL ACTION NO. 2:19-CV-321 § CONN APPLIANCES, INC., § § § Defendant. § | |

## ORDER

Before the Court is the Stipulated Notice of Dismissal with Prejudice as to Conn Appliances, Inc. signed by all parties and which the Court hereby deems effective. (D.E. 18); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SIGNED and ORDERED this 8th day of September 2020.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE